# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY CARLTON LEWIS,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 24-CV-2673** |
| | : | |
| **C/O BRANTLEY,** *et al.* | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 26th day of June, 2025, upon consideration of Defendant Brantley's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 26) and Plaintiff Anthony Carlton Lewis's Response thereto (ECF No. 28), it is **ORDERED** that:

1.    The Motion to Dismiss is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2.    Defendant Corrections Officer Matthew Brantley shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

                                                    **BY THE COURT:**

                                                    **/s/ Gerald Austin McHugh**

                                                    **GERALD A. MCHUGH, J.**